UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRYSTAL BAILEY )<br>    Plaintiff,           )<br>                            )<br>                            )<br>v.                        )<br>                            )<br>NRA GROUP, LLC d/b/a NATIONAL )<br>RECOVERY AGENCY  )<br>    Defendant         ) | CIVIL ACTION NO.<br>3:13-CV-00429-SRU<br><br><br><br><br><br>JANUARY 15, 2014 |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Krystal Bailey, through her attorney, and the defendant, NRA Group LLC d/b/a National Recovery Agency, through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, KRYSTAL BAILEY

By /s/ Daniel S. Blinn
Daniel S. Blinn  (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

        DEFENDANT, NRA GROUP, LLC d/b/a
        NATIONAL RECOVERY AGENCY

        By: /s/Jonathan Elliot_____
          Jonathan Elliot ct05762
          jelliot@znclaw.com
          Zeldes, Needle & Cooper
          1000 Lafayette Boulevard, P.O. Box 1740
          Bridgeport, CT 06601
          Tel. (203) 332-5727
          Fax. 203-333-1489

## CERTIFICATION

  I hereby certify that on this 15th day of January, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/Daniel S. Blinn
        Daniel S. Blinn